■ CARLO PALLADINO et al., Plaintiffs, v A.P. MOLLER, INC., et al., Defendants. A.P. MOLLER, INC., et al., Defendants and Third-Party Plaintiffs, v FARRELL LINES, INC., Individually and as Successor-in-Interest to American Export Lines, Inc., Third-Party Defendant. A.P. MOLLER, INC., et al., Defendants and Fourth-Party Plaintiffs-Appellants, v AMEXI LEASING CORPORATION, Fourth-Party Defendant-Respondent. FARRELL LINES, INC., et al., Defendants and Fourth-Party Plaintiffs-Appellants, v FREUHAUF CORP. et al., Fourth-Party Defendants-Appellants, and AMEXI LEASING CORP. et al., Fourth-Party Defendants-Respondents.—Order, Supreme Court, New York County (Michael Dontzin, J.), entered on June 22, 1987, and order of said court, entered on July 2, 1987, unanimously affirmed for the reasons stated by Michael Dontzin, J., without costs and without disbursements. Concur—Sandler, J. P., Asch, Milonas, Rosenberger and Wallach, JJ.